ALEXANDER H. SCHMIDT, ESQ.

Fairways Professional Plaza
5 Professional Circle, Suite 204
Colts Neck, New Jersey 07722
www.alexschmidtlaw.com

(732) 226-0004                                                                                                  alex@alexschmidt.law

October 22, 2024

**BY E-FILING**

Brenna B. Mahoney
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Hernandez v. Thuy Diep, LLC, No. 1:24-cv-05353-JRC (E.D.N.Y.)

**NOTICE PURSUANT TO ADMINISTRATIVE ORDER 2023-23**

Dear Ms. Mahoney:

      I represent the Defendant in the above case and file this letter to advise the Court that Defendant is moving to dismiss the complaint today and that the parties have not filed, and are not expected to file, the Pilot Program form consenting to the appointment of a Magistrate Judge for all purposes. Accordingly, kindly assign a District Court Judge to this matter.

                                                                       Respectfully yours,

                                                                       Alexander H. Schmidt

cc:    Rami M. Salim, Esq.
        (via ECF)