UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TIMOTHY HERNANDEZ, on behalf of himself
and all others similarly situated,                    Case No. 1:24-cv-5353-JRC

                    Plaintiff,

      -v-                                              **NOTICE OF MOTION**

THUY DIEP, LLC.,

                    Defendant.
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that based on the accompanying memorandum of law, as well as the pleadings on file, Defendant Thuy Diep LLC (d/b/a "Little Moony") will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss Plaintiff's complaint for lack of Article III standing and to bring this Motion on for hearing at such time and date as the Court may determine.

Dated: October 22, 2024

                                            *s/ Alexander H. Schmidt*
                                            Alexander H. Schmidt (AS 8304)
                                            5 Professional Circle, Suite 204
                                            Colts Neck, NJ 07722
                                            Phone: (732) 226-0004
                                            alex@alexschmidt.law

                                            Attorney for Defendant